**MEMO ENDORSED**

**SUSAN V. TIPOGRAPH**
*Attorney at Law*
11 Park Place, Suite 914
New York, NY 10007
(212) 431-5360
(212) 658-9480 FAX
stipograph@yahoo.com



February 20, 2014

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Jonathan Otero**
    11 Cr. 59 (LAK)

Dear Judge Kaplan:

I am writing to request permission to file interim CJA vouchers in this matter. I was assigned to represent Mr. Otero on or about June 24, 2013. Given the seriousness of the charges against Mr. Otero and the amount of work required to represent him, it would be a hardship if I had to wait until the conclusion of the case to file a voucher.

Should the Court have any questions or require further information, please feel free to contact me. I thank you in advance for your attention and courtesy.

Very truly yours,

Susan V. Tipograph

SO ORDERED, Granted

_____
LEWIS A. KAPLAN, USDJ 2/27/14